[No. 39610-6-II. Division Two. June 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID FRANCIS GAUL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00026-5, Roger A. Bennett, J., entered June 30, 2009. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Johanson, JJ.

[No. 39973-3-II. Division Two. June 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL L. FILIPPI, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00228-7, James W. Lawler, J., entered November 5, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40522-9-II. Division Two. June 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK WESLEY LONG, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01846-4, John F. Nichols, J., entered March 25, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 40776-1-II. Division Two. June 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. NICK TAYLOR ARQUETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-01031-2, James E. Warme, J., entered May 14, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.